UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20007-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MICHAEL NUNEZ DAZA**,

    Defendant.

_____/

<b><u>ORDER</u></b>

THIS CAUSE came before the Court on Magistrate Judge Enjoliqué A. Lett's Amended Report and Recommendation on Change of Plea [ECF No. 37]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Amended Report **[ECF No. 37]** is **AFFIRMED AND ADOPTED**, and Defendant, Michael Nunez Daza's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 19th day of August, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Enjoliqué A. Lett